IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LACY L. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| GIBRALTAR PACKAGING, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Based on the information before the court, the defendant served its First Set of Request for Production of Documents and First Set of Interrogatories on the Plaintiff on December 15, 2010, but the plaintiff did not respond to these discovery requests.

The defendant filed a motion to compel on February 14, 2011.  (Filing No. 24).  The plaintiff has not responded, and the deadline for responding has passed.  The motion to compel is deemed submitted.

IT IS ORDERED:

1)      Defendant'S motion to compel, (filing no. 24), is granted.

2)      On or before March 22, 2011, the plaintiff shall serve full, complete, and properly signed responses to the defendant's First Set of Request for Production of Documents and First Set of Interrogatories.

DATED this 8th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge