IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LACY L. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| GIBRALTAR PACKAGING, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by plaintiff's counsel, Robert Wm. Chapin, Jr., (filing no. 28), is granted.

2) On or before April 13, 2011, the plaintiff shall either: (a) obtain the services of substitute counsel and have that attorney file an appearance on her behalf; or (b) file a statement notifying the court of her intent to litigate this case without counsel. Failure to comply with this order may result in dismissal for want of prosecution.

3) The clerk shall mail a copy of this order to the plaintiff:

> Ms. Lacy Wright
> 313 North Jefferson
> Hastings, NE 68901

DATED this 23nd day of March, 2011.

BY THE COURT:

*Cheryl R. Zwart*
United States Magistrate Judge