IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LACY L. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3071 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GIBRALTAR PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's counsel was granted leave to withdraw on March 23, 2011. The plaintiff was given until April 13, 2011 to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on plaintiff's behalf; or (2) file a statement informing the court of plaintiff's intent to proceed in this case without counsel. The plaintiff was warned that failure to timely comply may result in dismissal of the complaint. See filing no. 30. The plaintiff has not complied with the court's order.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until April 29, 2010 to show cause why plaintiff's claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendant may be dismissed and a judgment of dismissal may be entered without further notice.

2) The clerk shall mail a copy of this order to the plaintiff:

> Ms. Lacy Wright
> 313 North Jefferson
> Hastings, NE 68901

April 19, 2011

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge