IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LACY L. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| GIBRALTAR PACKAGING, INC., | ) | FINDINGS, RECOMMENDATION |
| | ) | AND ORDER |
| Defendant. | ) | |

Plaintiff's former counsel was granted leave to withdraw on March 23, 2011. Filing No. 30. The order granting counsel's leave to withdraw stated:

> On or before April 13, 2011, the plaintiff shall either: (a) obtain the services of substitute counsel and have that attorney file an appearance on her behalf; or (b) file a statement notifying the court of her intent to litigate this case without counsel. Failure to comply with this order may result in dismissal for want of prosecution.

Filing No. 30. The clerks's office mailed the order to the plaintiff at her last known address. The mailing was not returned.

The plaintiff did not timely comply with the court's order. On April 19, 2011, a show cause order was mailed to the plaintiff by the clerk's office. The show cause order stated:

> Plaintiff is given until April 29, 2010 to show cause why plaintiff's claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendant may be dismissed and a judgment of dismissal may be entered without further notice.

Filing No. 31. The mailing was not returned. Plaintiff did not respond to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiff's complaint be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to the plaintiff at her last known address.

May 2, 2011

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge