IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACY L. WRIGHT,  Plaintiff, v. GIBRALTAR PACKAGING, INC.,  Defendant. | 4:10CV3071  **MEMORANDUM AND ORDER** |

This matter is before the court on the Findings and Recommendation issued by Magistrate Judge Zwart (filing 32), recommending that this action be dismissed for want of prosecution. No objections to the Findings and Recommendation have been filed as allowed by Fed. R. Civ. P. 72, 28 U.S.C. § 636, and NECivR 72.2. Accordingly, the Findings and Recommendation should be adopted and this action should be dismissed for want of prosecution.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 32) is adopted, and this action is dismissed without prejudice.

2. Judgment shall be entered by separate document.

DATED this 23rd day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge